UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY SANDERS,<br><br>        Plaintiff,<br>v.<br><br>CASTANEDA, *et al.*,<br><br>        Defendants. | Case No. 2:22-cv-01373-APG-EJY<br><br>**ORDER** |

**I.   DISCUSSION**

On October 7, 2022, the Court issued an Order denying Plaintiff's application to proceed *in forma pauperis* because Plaintiff did not sign the application or his Complaint. ECF No. 3. Plaintiff was given until November 7, 2022 to submit a signed application to proceed *in forma pauperis* containing all three required documents and a signed amended complaint. *Id.* at 2.

The Court's Order was consequently returned as undeliverable because Plaintiff was transferred to a new facility. ECF No. 4. On November 9, 2022, Plaintiff filed a change of address. ECF No. 5. In light of Plaintiff's change of address, the Court will resend its previous Order and grant Plaintiff an extension until **December 30, 2022**, to file a signed application to proceed *in forma pauperis* and amended complaint. However, the Court cautions Plaintiff that it is his responsibility to update his address immediately after any change in address to ensure that he does not miss any orders issued by the Court or any other documents filed in this case.

**II.   ORDER**

For the foregoing reasons, IT IS HEREBY ORDERED that the Clerk of the Court resend the Court's October 7, 2022, order (ECF No. 3), as well as the attached documents (ECF Nos. 3-1, 3-2, 3-3.)

IT IS FURTHER ORDERED that on or before **December 30, 2022**, Plaintiff must either file a complete, signed, application to proceed *in forma pauperis* or pay the $402 filing fee.

IT IS FURTHER ORDERED that on or before **December 30, 2022**, Plaintiff must file a complete, signed, amended complaint.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, will result in a recommendation to dismiss this matter without prejudice.

DATED THIS 30th day of November 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2