UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIMOTHY SANDERS,

       Plaintiff,

     v.

CASTANEDA, *et al.*,

       Defendants.

Case No. 2:22-cv-01373-APG-EJY

ORDER

Before the Court is Plaintiff's Motion to Execute Order signed by Plaintiff on December 26, 2022 and filed by the Court on January 5, 2023.  ECF No. 7.

On November 30, 2022, the Court granted Plaintiff up to and including December 30, 2022 to file a signed application to proceed *in forma pauperis* ("IFP") and amended complaint.  ECF No. 6.  Plaintiff now seeks an extension of time to complete these filings because he has not received the documents necessary to complete the IFP from the law library.  The Court finds Plaintiff's request is reasonable under the circumstances.

Accordingly, IT IS HEREBY ORDERED that the Motion to Execute Order (ECF No. 7), which the Court construes as a request for extension of time, is GRANTED.

IT IS FURTHER ORDERED that on or before **February 24, 2023**, Plaintiff must file a signed application to proceed *in forma pauperis* or pay the $402 filing fee.  Plaintiff must simultaneously file a signed amended complaint.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.  The Clerk of Court will also send Plaintiff the approved form for filing a § 1983 complaint, instructions for the same.

1        IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, will result in

2  a recommendation to dismiss this matter without prejudice.

3        DATED this 26th day of January 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE