UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TIMOTHY SANDERS,<br><br>    Plaintiff,<br><br>v.<br><br>CASTANEDA, et al.,<br><br>    Defendants. | Case No. 2:22-cv-01373-APG-EJY<br><br>**ORDER** |

On February 15, 2024, the Court entered an Order requiring the Attorney General's Office to file a notice advising the Court and Plaintiff of the names of those defendants on whose behalf it would accept service as well as the names of those defendants for whom it would not accept service, together with the last known addresses for defendants not represented by the AG's Office. ECF No. 20. The last known addresses were to be filed under seal. *Id.* As of the date of this Order, the Attorney General has not complied with the Court's Order.

Accordingly, IT IS HEREBY ORDERED that the Attorney General's Office of Nevada **must**, in order to avoid an order to show cause and potential sanctions, comply with the requirements of the Court's February 15, 2024 Order no later than **March 22, 2024**. Failure to do so will result in an order to show cause and potential sanctions.

Dated this 12th day of March, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1