UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Timothy Sanders, | Case No.  2:22-cv-01373-APG-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| Castaneda, *et al.*, | |
| Defendants. | |

Pending before the Court is Plaintiff's fifth Motion for Appointment of Counsel.  ECF No. 52.  Discovery is closed and Plaintiff's Motion for Summary Judgment is fully briefed.  Plaintiff has not established an extraordinary reason for appointment at this juncture.  However, the Court is concerned about the complete lack of access to the law library and legal resources. Understanding Nevada Department of Corrections has recently realigned thousands of incarcerated persons, the Court seeks information regarding when access to the law library and legal resources will be available.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Appointment of Counsel (ECF No. 52) is DENIED without prejudice.  If any of Plaintiff's claims survive summary judgment, Plaintiff may renew his Motion.

IT IS FURTHER ORDERED that defense counsel must file a status report no later than **November 18, 2024** regarding inmate access to law resources at High Desert State Prison.

DATED this 17th day of October, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1