AARON D. FORD
  Attorney General
JOHN REGALIA (Bar No. 16969)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Defendants*
*Victor Castaneda Becerra, Derrick Kelly,*
*Jeremy Reese, Joseph Costello Jr.,*
*and Duane McCarthy*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY SANDERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CASTANEDA, *et.al.,*<br><br>　　　　Defendants. | Case No: 2:22-CV-01373-APG-EJY<br><br>**ORDER GRANTING**<br>**MOTION FOR EXTENSION OF**<br>**TIME TO FILE DEFENDANT'S**<br>**OPPOSITION TO PLAINTIFF'S**<br>**MOTION FOR SUMMARY**<br>**JUDGMENT**<br>**(ECF No. 87)**<br>**[FIRST REQUEST]** |

　　　　Defendants, Victor Castaneda Becerra, Derrick Kelly, Jeremy Reese, Joseph Costello Jr., and Duane McCarthy, by and through counsel, Aaron D. Ford, Nevada Attorney General, and John Regalia, Deputy Attorney General, hereby submit a Motion for Extension of Time to File Defendant's Opposition to Plaintiff's Motion for Summary Judgment.

I.　　**INTRODUCTION**

　　　　This action is brought by pro se Plaintiff Timothy Sanders (Sanders), an offender in the custody of the Nevada Department of Corrections (NDOC), pursuant to 42 U.S.C. § 1983. See ECF No. 10. After the mandatory screening of his complaint, Sanders is proceeding on (1) a First Amendment retaliation claim against Defendants McCarthy and Castaneda; (2) an Eighth Amendment claim based on deliberate indifference to his leg wound against Defendants Kelley, Reese, and McCarthy; (3) an Eighth Amendment

excessive force claim against those same defendants; and (4) an Eighth Amendment sexual assault claim against Defendant Castaneda. ECF No. 12 at 10, 13-14, 16-17. Defendants brought a Motion for Summary Judgment arguing for dismissal based on Sander's lack of evidence and failure to exhaust. ECF No. 66. Sanders brought an Opposition to that motion arguing that the lack of video footage precludes Summary Judgment. ECF No. 84. Plaintiff brought a motion for Summary Judgment on August 20, 2025.[1] ECF No. 87.

## MEMORANDUM OF POINTS AND AUTHORITIES

**II.     RELEVANT FACTS AND ARGUMENT**

Plaintiff filed his Motion for Summary Judgment on August 20, 2025. ECF No. 87. Counsel for Defendant is currently dealing with a statewide network outage that makes it impossible to access most records for the underlying case. In light of this network outage, Defendants are requesting an additional twenty-one days to respond to Sander's opposition.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendant's request is timely and will not hinder or prejudice Sander's case, as the trial date is not imminent. The requested extension of time should permit Defendant to file a proper and complete Opposition to Plaintiff's Motion for Summary Judgment. Therefore, Defendant requests additional time to prepare and file the Opposition.

///
///
///
///
///

---

[1] Counsel apologies for the last-minute filing of this extension. Due to persistent and ongoing technical issues affecting data and email access, Counsel was unable to draft and submit this extension until today.

## III.  CONCLUSION

Defendant asserts that the requisite good cause and extenuating circumstance is present to warrant the requested extension of time. Therefore, the Defendant requests an extension, until October 01, 2025, to file the Opposition to Plaintiff's Motion for Summary Judgment.

DATED this 10th day of September, 2025.

> AARON D. FORD
> Attorney General
>
> By: */s/John Regalia*
> JOHN REGALIA (Bar No. 16969)
> Deputy Attorney General
>
> *Attorneys for Defendants*

IT IS SO ORDERED:

Dated: September 11, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE