UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

Timothy Sanders,

     Plaintiff,

v.

Castaneda, *et al.*,

     Defendants.

Case No.  2:22-cv-01373-APG-EJY

**ORDER**

Pending before the Court is Plaintiff's Motion for Appointment of Counsel. ECF No. 106. The Court's finding that certain claims asserted by Plaintiff survive summary judgment and may state a basis for punitive damages (ECF No. 105) portends the preparation of a proposed joint pretrial order and jury trial warranting appointment of pro bono counsel.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Appointment of Counsel (ECF No. 106) is GRANTED.

IT IS FURTHER ORDERED that this matter is referred to the Court's Pro Bono Program.

IT IS FURTHER ORDERED that that the Clerk of Court must assign a Pro Bono case flag to this matter.

DATED this 6th day of March, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1